GREENBERG TRAURIG, LLP
JEFF E. SCOTT (SBN 126308)
E-Mail: *ScottJ@gtlaw.com*
ROBERT J. HERRINGTON (SBN 234417)
E-Mail: *HerringtonR@gtlaw.com*
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404-5524
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendants Twentieth Century Fox Home Entertainment, LLC; Warner Bros. Entertainment, Inc.; Lions Gate Films, Inc.; United Artists Corporation; Universal City Studios LLC, erroneously sued as Universal Pictures; and Universal Studios Home Entertainment, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PHILLIP COOPER and JOSHUA PERRY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC; WARNER BROTHERS ENTERTAINMENT, INC.; LIONS GATE FILMS, INC.; UNITED ARTISTS CORPORATION; UNIVERSAL PICTURES; AND UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC,<br><br>Defendants. | CASE NO. CV-11-8807 R (PJWx)<br><br>**DEFENDANTS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL CIVIL RULE 7.1-1**<br><br>Judge: Hon. Manuel L. Real<br>Date Filed: October 24, 2011<br>Trial Date: None |

The undersigned, counsel of record for Defendants Twentieth Century Fox Home Entertainment, LLC, Warner Bros. Entertainment Inc., Lions Gate Films, Inc., United Artists Corporation, Universal City Studios LLC (erroneously sued as Universal Pictures), and Universal Studios Home Entertainment LLC (collectively, "Defendants"), certifies that the following parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PERSON OR ENTITY | RELATIONSHIP TO CASE |
| --- | --- |
| Twentieth Century Fox Home Entertainment, LLC | Defendant |
| Warner Bros. Entertainment, Inc. | Defendant |
| Lions Gate Films, Inc. | Defendant |
| United Artists Corporation | Defendant |
| Universal City Studios LLC | Defendant |
| Universal Studios Home Entertainment LLC | Defendant |
| Phillip Cooper | Plaintiff |
| Joshua Perry | Plaintiff |
| News Corporation | Defendant Twentieth Century Fox Home Entertainment, LLC is an indirect wholly owned subsidiary of News Corporation |
| Time Warner Inc. | Ultimate Parent Company of Defendant Warner Bros. Entertainment, Inc. |

1

130,061,822 v1

| PERSON OR ENTITY | RELATIONSHIP TO CASE |
|---|---|
| Historic TW Inc. | Intermediate entity through which Time Warner Inc. owns Defendant Warner Bros. Entertainment, Inc. |
| Warner Communications Inc. | Intermediate entity through which Time Warner Inc. owns Defendant Warner Bros. Entertainment, Inc. |
| Warner Bros. Home Entertainment Inc. | Wholly Owned Subsidiary of Defendant Warner Bros. Entertainment, Inc. |
| NBCUniversal Media, LLC | Defendants Universal Studios Home Entertainment LLC and Universal City Studios LLC are wholly and indirectly owned by NBCUniversal Media, LLC |
| Comcast Corporation | NBCUniversal Media, LLC is wholly owned indirectly by Comcast Corporation and General Electric Company |
| General Electric Company | NBCUniversal Media, LLC is wholly owned indirectly by Comcast Corporation and General Electric Company |
| Lions Gate Entertainment, Inc. | Ultimate Parent Company of Defendant Lions Gate Films, Inc. |
| MGM Holdings Inc. | Ultimate Parent Company of Defendant United Artists Corporation. |

2

*130,061,822 v1*

| Anchorage Capital / Ichan Capital / Highland Capital | As of December 31, 2010, individually or in the aggregate owned more than 10% of the issued and outstanding shares of Class A Common Stock and Class B Common Stock of MGM Holdings Inc. |

DATED: January 9, 2012                    GREENBERG TAURIG, LLP

By: /s/ JEFF E. SCOTT
        Jeff E. Scott
Attorneys for Defendants Twentieth Century Fox Home Entertainment, LLC; Warner Bros. Entertainment Inc.; Lions Gate Films, Inc.; United Artists Corporation; Universal City Studios LLC erroneously sued as Universal Pictures; and Universal Studios Home Entertainment LLC