<pre>
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10                          WESTERN DIVISION
11
</pre>

| PHILLIP COOPER and JOSHUA PERRY, on Behalf of Themselves and All Others Similarly Situated, | CASE NO.  CV-11-8807 R (PJWx) |
|---|---|
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| TWENTIETH CENTURY FOX HOME ENTERTAINMENT, LLC; WARNER BROTHERS ENTERTAINMENT, INC.; LIONS GATE FILMS, INC.; UNITED ARTISTS CORPORATION; UNIVERSAL PICTURES; AND UNIVERSAL STUDIOS HOME ENTERTAINMENT, LLC, | Judge:      Hon. Manuel L. Real<br>Date Filed: October 24, 2011<br>Trial Date:  None |
| Defendants. | |

LA 130,179,516

On March 16, 2012, the Court issued an Order granting in whole the Motion to Dismiss Plaintiffs Phillip Cooper and Joshua Perry's ("Plaintiffs") First Amended Complaint ("Motion to Dismiss") filed by Defendants Twentieth Century Fox Home Entertainment, LLC, Warner Bros. Entertainment Inc., Lions Gate Films, Inc., United Artists Corporation, Universal City Studios LLC, erroneously sued as Universal Pictures, and Universal Studios Home Entertainment LLC's ("Defendants") (Dkt No. 48). For the reasons set forth in that Order and on the record, Plaintiffs' First Amended Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered for Defendants and against Plaintiffs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs shall take nothing and that Defendants shall recover from Plaintiffs fees and costs in accordance with Federal Rule of Civil Procedure 54(d) and Local Rule 54-1 *et seq.*

IT IS SO ORDERED.

Dated: March 22, 2012   _____
Hon. Manuel L. Real
United States District Judge

LA 130,179,516